<hr/>

Ten Eyck v. The Mayor of Keokuk *et al.*

1. RAILROAD BONDS: CASE FOLLOWED. *The State of Iowa, ex rel. The Burlington and Missouri River Railroad Company,* v. *The County of Wapello,* 13 Iowa, 388, as to the invalidity of bonds issued by a county, in payment for stock in a railroad company, followed and approved.

*Appeal from Lee District Court.*

SATURDAY, JANUARY 9.

BILL in equity to restrain the authorities of the city of Keokuk from assessing or collecting a tax to pay certain bonds issued to aid in the construction of several railroads therein mentioned. A demurrer to the bill was overruled; respondents excepted and appeal.

*H. Strong* for the appellants.

*Rankin & McCrary* for the appellees.

WRIGHT, Ch. J.—It is conceded by appellants that this case falls within the rules settled and recognized in

*The State of Iowa, ex rel. The Burlington and Missouri River Railroad Company,* v. *The County of Wapello,* 13 Iowa, 388. This being so, and believing there are no good grounds for changing that ruling (see *Smith* v. *Henry County, ante*), we have no difficulty in affirming the order overrruling the demurrer.